The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IDA V. CANLAS and OPHELLO S. CANLAS,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.; MUFG UNION BANK, N.A., and does 1-10,

    Defendants.

No. 2:18-CV-01175

FREDERICK A. HAIST'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Note on Motion Calendar:
November 1, 2019
(without oral argument)

I, Frederick A. Haist, declare as follows:

*Identity of Declarant.*

1. I am an attorney with the law firm Davis Wright Tremaine LLP ("DWT") and am counsel for Plaintiff JPMorgan Chase Bank, N.A. ("Chase") in this action. I have personal knowledge of the facts set forth herein and, if sworn as a witness, could and would testify competently thereto. I have been one of the principal handling attorneys for this case.

*Authentication of Exhibits*

*Requests for Judicial Notice*

2. Chase, in its motion for summary judgment or adjudication, requests the Court judicially notice the Deed of Trust recorded with the King County Recorder's Office. I had an assistant obtain certified copies from the King County Recorder's Office. Attached to the Compendium of Exhibits as **Exhibit 2** is a redacted true and correct certified copy of the

DECLARATION ISO MOTION FOR SUMMARY JUDGMENT— 1
4844-6372-4199v.1 0036234-000737

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

recorded Deed of Trust, recorded with the King County Recorder as document #20040524000480.

3. Chase, in its motion for summary judgment or adjudication, requests the Court judicially notice the Canlases September 2009 Bankruptcy Petition. Attached to the Compendium of Exhibits as **Exhibit 13** is a redacted true and correct copy of the Canlases September 2009 Bankruptcy Petition. I obtained the document from Pacer.

*Deposition Transcripts*

4. Attached to the Compendium of Exhibits as **Exhibit 38** is a true and correct copy of Ophello Canlas's deposition transcript. I took the deposition and it is an accurate transcription.

5. Attached to the Compendium of Exhibits as **Exhibit 39** is a redacted true and correct copy of Ida Canlas's deposition transcript. I took the deposition and it is an accurate transcription.

I declare under penalty of perjury under the laws of the state of Washington and the United States that the foregoing facts are true and correct and this Declaration was executed at Seattle, Washington, this 10th day of October, 2019.

By */s/Frederick A. Haist*
FREDERICK A. HAIST

DECLARATION ISO MOTION FOR SUMMARY JUDGMENT— 2
4844-6372-4199v.1 0036234-000737

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 10th day of October, 2019.

/s/Fred B. Burnside
Fred B. Burnside, WSBA #32491

DECLARATION ISO MOTION FOR SUMMARY JUDGMENT— 3
4844-6372-4199v.1 0036234-000737

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax