The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IDA V. CANLAS and OPHELLO S. CANLAS,

    Plaintiffs,

    v.

JPMORGAN CHASE BANK, N.A.; MUFG UNION BANK, N.A., and does 1-10,

    Defendants.

No. 2:18-CV-01175

COMPENDIUM OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Note on Motion Calendar:
November 1, 2019
(without oral argument)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants MUFG Union Bank, N.A. and JPMorgan Chase Bank, N.A. respectfully submit the following Exhibits in support of their Motion For Summary Judgment Or Adjudication.

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| Exhibit 1. | Note | |
| Exhibit 2. | Deed of Trust | |
| Exhibit 3. | 2003 Mortgage Loan Purchase and Sale Agreement | |
| Exhibit 4. | 2006 Servicing Agreement | |
| Exhibit 5. | July 18, 2013 Letter Agreement | |
| Exhibit 6. | 2014 Limited Power of Attorney | |

COMPENDIUM OF EXHIBITS IN SUPPORT OF MSJ — 1
4818-3745-8591v.5 0036234-000737

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| Exhibit 7. | Union Bank Note Log | |
| Exhibit 8. | Union Bank Note Log | |
| Exhibit 9. | May 18, 2004 Servicing Acknowledgment | |
| Exhibit 10. | Purchase and Assumption Agreement | |
| Exhibit 11. | Account Information | |
| Exhibit 12. | Loan Information Report | |
| Exhibit 13. | Bankruptcy Petition | |
| Exhibit 14. | September 2, 2009 Authorization Form | |
| Exhibit 15. | October 23, 2009 Authorization Form | |
| Exhibit 16. | Chase's August 13, 2013 Letter | |
| Exhibit 17. | Chase's December 9, 2014 Letter | |
| Exhibit 18. | Chase's March 23, 2017 Letter | |
| Exhibit 19. | Chase's May 17, 2017 Letter | |
| Exhibit 20. | Chase's June 16, 2017 Letter | |
| Exhibit 21. | The Canlases' November 3, 2009 Letter | |
| Exhibit 22. | The Canlases' May 3, 2010 Letter | |
| Exhibit 23. | The Canlases' June 24, 2010 Letter | |
| Exhibit 24. | The Canlases' July 1, 2010 Letter | |
| Exhibit 25. | The Canlases' July 5, 2012 Letter | |
| Exhibit 26. | The Canlases' October 11, 2012 Letter | |
| Exhibit 27. | The Canlases' March 14, 2013 Letter | |
| Exhibit 28. | The Canlases' November 25, 2013 Letter | |
| Exhibit 29. | The Canlases' April 9, 2014 Letter | |
| Exhibit 30. | The Canlases' April 21, 2015 Letter | |
| Exhibit 31. | The Canlases' January 15, 2016 Letter | |
| Exhibit 32. | The Canlases' March 14, 2016 Letter | |
| Exhibit 33. | The Canlases' July 10, 2016 Letter | |

COMPENDIUM OF EXHIBITS IN SUPPORT OF MSJ — 2
4818-3745-8591v.5 0036234-000737

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 1 | Exhibit 34. | The Canlases' October 10, 2016 Letter |
| 2 | Exhibit 35. | The Canlases' January 20, 2017 Letter |
| 3 | Exhibit 36. | The Canlases' October 29, 2018 Letter |
| 4 | Exhibit 37. | Payoff Quote |
| 5 | Exhibit 38. | Ophello Canlas Deposition Transcript |
| 6 | Exhibit 39. | Ida Canlas Deposition Transcript |

DATED this 10th day of October, 2019.

Davis Wright Tremaine LLP
Attorneys for JPMorgan Chase Bank, N.A. and MUFG Union Bank, N.A.

By */s/Fred B. Burnside*
Fred B. Burnside, WSBA #32491
Frederick Haist, WSBA #48937
Email: fredburnside@dwt.com
frederickhaist@dwt.com

COMPENDIUM OF EXHIBITS IN SUPPORT OF MSJ — 3
4818-3745-8591v.5 0036234-000737

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 10th day of October, 2019.

/s/Fred B. Burnside
Fred B. Burnside, WSBA #32491

COMPENDIUM OF EXHIBITS IN SUPPORT OF MSJ — 4
4818-3745-8591v.5 0036234-000737

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax