The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IDA V. CANLAS and OPHELLO S. CANLAS, | No. 2:18-CV-01175 |
| Plaintiffs, | JOINT MOTION TO VACATE TRIAL DATES UNTIL SUMMARY JUDGMENT IS GRANTED |
| v. | |
| JPMORGAN CHASE BANK, N.A.; MUFG UNION BANK, N.A., and does 1-10, | NOTE ON MOTION CALENDAR: October 29, 2019 |
| Defendants. | Current Trial date: January 13, 2020 |

Plaintiffs Ida and Ophello Canlas, and Defendants MUFG Union Bank N.A., and JPMorgan Chase Bank, N.A., through their counsel of record, jointly move as follows:

On October 10, 2019, Chase and Union Bank filed a motion for summary judgment which, if granted, would resolve the Complaint and dispose of this case. Under the Court's Scheduling Order and Local Rules, the Canlases' pretrial statement is due on November 13, 2019. Chase and Union Bank's pretrial statement is due on November 22, 2019. The pretrial LCR 16(k) conference is scheduled for December 3, 2019. Motions in limine are due on December 13, 2019. The pretrial order is due on January 3, 2020. Trial briefs are due on January 9, 2020.

Good cause exists to change the case schedule to continue the remaining deadlines. *See* Fed. R. Civ. P. 16(b)(4). While the parties would likely have been able to meet these dates, Chase and Union Bank's lead counsel, Fred Burnside, was in a severe bicycle accident on Thursday, October 10, 2019. He fractured his skull, broke his neck (requiring cervical spine surgery, with six pins and two rods), and has several other non-displaced thoracic fractures that need to heal

JOINT MOTION TO VACATE TRIAL DATES — 1
4814-8900-1130v.5 0036234-000737

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

over at least 12-15 weeks.  He also broke a rib and several teeth.  He has dozens of stitches mending other wounds.  He is currently on pain medications.  He may need further surgery to repair his injuries.  And it will take several months for him to recover.  Currently, he cannot prepare for the trial in this case, participate in the pre-trial filings coming up in November 2019, or attend the trial in early January 2020.  Burnside Dec. ¶¶ 2-3.

To potentially avoid preparing and filing unnecessary pretrial documents, to give Chase and Union Bank's counsel time to heal, and to avoid inefficiency, the parties request the Court re-set the briefing schedule for Chase and Union Bank's summary judgment motion, and vacate all future, trial-related deadlines, to be re-set after the Court rules on Chase and Union Bank's summary judgment motion.  The parties request the following briefing schedule: the Canlases' opposition is due by February 10, 2020 and Chase and Union Bank's reply is due by February 24, 2020.

Should the Court not vacate the trial date, the parties request that the trial date be set for July 6, 2020 or the next date available thereafter on the Court's schedule and the corresponding non-elapsed trial-related deadlines be based upon that date.  This is the first time that the parties have proposed moving scheduled dates.

DATED this 29th day of October, 2019.

> Davis Wright Tremaine LLP
> Attorneys for JPMorgan Chase Bank, N.A. and MUFG Union Bank, N.A.
>
> By /s/ *Fred B. Burnside*
>    Fred B. Burnside, WSBA #32491
>    Frederick Haist, WSBA #48937
>    Email:  fredburnside@dwt.com
>             frederickhaist@dwt.com

DATED this 29th day of October, 2019.

> Law Office of Melissa Huelsman
> Attorneys for Ida and Ophello Canlas
>
> By */s/Melissa Huelsman*
>    Melissa Huelsman, WSBA # 30935
>    Email: mhuelsman@predatorylendinglaw.com

JOINT MOTION TO VACATE TRIAL DATES — 2
4814-8900-1130v.5 0036234-000737

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

Dated this 29th day of October, 2019.

*/s/Fred B. Burnside*
Fred B. Burnside, WSBA #32491

JOINT MOTION TO VACATE TRIAL DATES — 3
4814-8900-1130v.5 0036234-000737

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax