UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IDA V. CANLAS and OPHELLO S. CANLAS, | CASE NO. C18-1175-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| JPMORGAN CHASE BANK, N.A.; MUFG UNION BANK, N.A.; and does 1-10, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to continue summary judgment dates (Dkt. No. 22). The Court finds good cause to change the briefing schedule for Defendant's motion for summary judgment. The Court therefore ORDERS as follows:

1. Plaintiffs' must file their response to Defendants' motion for summary judgment by March 30, 2020;

2. Defendants must file their reply to Plaintiffs' response by April 6, 2020; and

3. The Clerk is DIRECTED to re-note Defendants' motion for summary judgment (Dkt. No. 13) for the Court's consideration on April 10, 2020.

//

1    DATED this 20th day of February 2020.

2                                           William M. McCool
                                            Clerk of Court
3
                                            s/Tomas Hernandez
4                                           Deputy Clerk

MINUTE ORDER
C18-1175-JCC
PAGE - 2